# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR152 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SANDRA WALKER, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Sandra Walker (Walker) (Filing No. 16). Walker seeks until June 2, 2015, in which to file pretrial motions in accordance with the progression order. Walker's counsel represents Walker will file an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Walker's motion for an extension of time (Filing No. 16) is granted. Walker is given until **on or before June 2, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between May 18, 2015, and June 2, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge